

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00809-CV

**IN THE INTEREST OF G.A.**, a Child

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-1078-CV
Honorable Linda Z. Jones, Judge Presiding

PER CURIAM

Sitting:       Rebeca C. Martinez, Justice
                 Patricia O. Alvarez, Justice
                 Luz Elena D. Chapa, Justice

Delivered and Filed:  January 8, 2014

DISMISSED

The parties have filed a joint motion to dismiss this appeal.  We grant the motion and dismiss the appeal.  TEX. R. APP. P. 42.1(a).  Costs of appeal are taxed against the parties who have incurred them.

PER CURIAM